PEOPLE ex rel. ATKINS, Appellant, v. CITY OF BUFFALO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 23, 1901.) Proceeding by the people of the state of New York, on the relation of Charles Atkins, against the city of Buffalo and others. No opinion. Order (68 N. Y. Supp. 409) affirmed, with $50 costs and disbursements, upon opinion of Kruse, J., delivered at special term.

PEOPLE ex rel. BOLLES, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Proceeding by the people of the state of New York, on the relation of Frank Bolles, against Bernard J. York and others. G. H. Bruce, for appellant. T. Farley, for respondents. No opinion. Writ dismissed and proceedings affirmed, with costs.

PEOPLE ex rel. BRIEHOF v. GRANT et al. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Proceeding by the people of the state of New York, on the relation of Aug. Briehof, against Fred D. Grant and others. W. J. Walsh, for relator. No opinion. Writ dismissed and proceedings affirmed, with costs.

PEOPLE ex rel. BROADWAY REALTY CO. v. FEITNER et al. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Proceeding by the people of the state of New York, on the relation of the Broadway Realty Company, against Thomas L. Feitner and others. No opinion. Motion granted. Question certified as stated in memorandum.

PEOPLE ex rel. CITY OF ROCHESTER v. DE WITT et al., Assessors. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) Proceeding by the people of the state of New York, on the relation of the city of Rochester, against George A. De Witt and others, assessors of the town of Henrietta, etc.

PER CURIAM. Costs on appeal to appellate division allowed in accordance with the rule laid down in People v. Pratt, 66 Hun, 578, 21 N. Y. Supp. 853, affirmed 138 N. Y. 655, 34 N. E. 513. Order to be settled before Mr. Justice WILLIAMS upon one day's notice.

PEOPLE ex rel. CITY OF ROCHESTER v. OLMSTEAD et al., Assessors. SAME v. SMITH et al., Assessors. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) Proceedings by the people of the state of New York, on the relation of the city of Rochester, against George Olmstead and others, assessors of the town of West Bloomfield, and against Hiram Smith and others, assessors of the town of Brighton.

PER CURIAM. Appeals dismissed. Costs on appeal to appellate division allowed in accordance with the rule laid down in People v. Pratt, 66 Hun, 578, 21 N. Y. Supp. 853, affirmed 138 N. Y. 655, 34 N. E. 513. Orders to be settled before Mr. Justice WILLIAMS upon one day's notice.

PEOPLE ex rel. CONLEY, Appellant, v. CONSTABLE, Superintendent of Buildings, Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Proceeding by the people of the state of New York, on the relation of J. B. Conley, against Stevenson Constable, superintendent of buildings. L. J. Grant, for appellant. C. J. McCafferty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. DAVIS, Appellant v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Proceeding by the people of the state of New York, on the relation of Mark Davis, against Thomas L. Feitner and others. T. Sutre, for appellant. A. T. Campbell, for respondents. No opinion. Order (69 N. Y. Supp. 798) affirmed, with costs.

PEOPLE ex rel. FOLEY, Respondent, v. FEITNER et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Proceeding by the people of the state of New York, on the relation of Aggie C. Foley, against Thomas L. Feitner and others. James M. Ward, for appellants. F. G. Wild, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. GRADY v. KNOX et al. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Proceeding by the people of the state of New York, on the relation of Denis Grady, against Charles H. Knox and others. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. GRAHAM v. GUILFOYLE, Building Com'r. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Proceeding by the people of the state of New York, on the relation of James Graham, against John Guilfoyle, as commissioner of buildings for the borough of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.